NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK DAVID, A DIVISION OF BAKER, KNAPP, & TUBBS, INC.,**
*Plaintiff-Appellant*

**MGM RESORTS INTERNATIONAL DESIGN, METROPOLIS MANUFACTURING, INC., DBA VAUGHAN BENZ, BRYAN ASHLEY INTERNATIONAL,**
*Plaintiffs*

**v.**

**UNITED STATES, AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees*

---

2015-1276

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00233-NT, Senior Judge Nicholas Tsoucalas.

---

**JUDGMENT**

---

ALEXANDER SCHAEFER, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by HEA JIN KOH.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by PATRICIA M. MCCARTHY, BENJAMIN C. MIZER; SHANA ANN HOFSTETTER, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

PRENTISS LEE SMITH, JR., King & Spalding LLP, Washington, DC, argued for defendants-appellees American Furniture Manufacturers Committee for Legal Trade, Vaughan-Bassett Furniture Company, Inc. Also represented by JAMES MICHAEL TAYLOR, JOSEPH W. DORN, DANIEL SCHNEIDERMAN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 October 14, 2015           /s/ Daniel E. O'Toole
       Date                Daniel E. O'Toole
                           Clerk of Court